MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
NICHOLAS F. SCARDIGLI
CA State Bar No. 249947

Attorneys for Plaintiff MICHAEL NIRO

ASHLEY J. BRICK, Bar No. 281657
abrick@littler.com
CASSIDY C. VEAL, Bar No. 323899
cveal@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendants
MEDSCAPE, LLC AND WEBMD LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL NIRO,** | **Case No.: 2:21-cv-00496-FLA-SK** |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | Jury Trial: August 9, 2022<br>Time: 8:30 a.m.<br>Judge: Fernando L. Aenlle-Rocha<br>Courtroom: 6B |
| **MEDSCAPE, LLC; WEBMD LLC; and DOES 1-10, inclusive,** | |
| Defendants. | Complaint Filed:  January 19, 2021 |

Joint Notice of Settlement
Page 1 of 2

TO THE COURT, PLEASE TAKE NOTICE, pursuant to L.R. 40-2, plaintiff MICHAEL NIRO and defendants, MEDSCAPE, LLC, and WEBMED LLC (collectively, the "Parties"), hereby provide notice to the Court that the Parties have agreed in principle to resolve the instant action. The Parties jointly request that the Court vacate all dates and deadlines currently on calendar. It is anticipated that the Parties will file a stipulation for dismissal of this action with prejudice for the Court's approval within the next sixty (60) days.

**DATED:** January 24, 2022        **MAYALL HURLEY P.C.**

By  */s/ Nicholas F. Scardigli*
    NICHOLAS F. SCARDIGLI
    Attorneys for Plaintiff
    MICHAEL NIRO

**DATED:** January 24, 2022        **LITTLER MENDELSON P.C.**

By  */s/ Ashley J. Brick*
    ASHLEY J. BRICK
    CASSIDY C. VEAL
    Attorneys for Defendants
    MEDSCAPE, LLC and WEBMD LLC

## ATTESTATION REGARDING SIGNATURES

I, Nicholas F. Scardigli, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Nicholas F. Scardigli*