| | |
|---|---|
| 1 | NICHOLAS F. SCARDIGLI, State Bar No. 249947 |
| 2 | MAYALL HURLEY<br>A Professional Corporation |
| 3 | 2453 Grand Canal Boulevard<br>Stockton, California 95207 |
| 4 | Telephone: (209) 477-3833<br>Facsimile: (209) 473-4818 |
| 5 | |
| 6 | Attorneys for Plaintiff MICHAEL NIRO |
| 7 | |
| 8 | ASHLEY J. BRICK, Bar No. 281657<br>abrick@littler.com |
| 9 | CASSIDY C. VEAL, Bar No. 323899<br>cveal@littler.com |
| 10 | LITTLER MENDELSON P.C. |
| 11 | 2049 Century Park East, 5th Floor<br>Los Angeles, California  90067.3107 |
| 12 | Telephone: 310.553.0308 |
| 13 | Fax No.: 310.553.5583 |
| 14 | Attorneys for Defendants |
| 15 | MEDSCAPE, LLC AND WEBMD LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NIRO,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDSCAPE, LLC; WEBMD LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00496-FLA-SK<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed:  January 19, 2021 |

**TO THE COURT AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL NIRO and Defendants MEDSCAPE, LLC AND WEBMD LLC (collectively, the "Parties"), by and through their counsel, hereby stipulate, in consideration of the negotiated settlement executed by the Parties, to the dismissal with prejudice of this action, including all claims stated herein against Defendants, with each party to bear his/their own attorneys' fees and costs.

DATED: February 15, 2022              MAYALL HURLEY P.C.

                                      By  */s/ Nicholas F. Scardigli*
                                          NICHOLAS F. SCARDIGLI
                                          Attorneys for Plaintiff
                                          MICHAEL NIRO

DATED: February 15, 2022              LITTLER MENDELSON P.C.

                                      By  */s/ Ashley J. Brick*
                                          ASHLEY J. BRICK
                                          CASSIDY C. VEAL
                                          Attorneys for Defendants
                                          MEDSCAPE, LLC and WEBMD LLC

**ATTESTATION REGARDING SIGNATURES**

I, Ashley Brick, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Ashley J. Brick*

4878-8275-0734.1 / 037380-1080